**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:23-CV-381-RJC-DCK**

| | | |
|---|---|---|
| **BRENDEN ZENI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TEACHERS INSURANCE AND ANNUITY** | ) | |
| **ASSOCIATION OF AMERICA, NUVEEN,** | ) | |
| **LLC, and NUVEEN SERVICES, LLC,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Carl M. Short III, concerning Andrew P. Burnside, on September 12, 2023.  Andrew P. Burnside seeks to appear as counsel *pro hac vice* for Defendants.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**.  Andrew P. Burnside is hereby admitted *pro hac vice* to represent Defendants.

SO ORDERED.

Signed: September 12, 2023

David C. Keesler
United States Magistrate Judge