IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-cv-00381

BRENDEN ZENI,

Plaintiff,

v.

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, NUVEEN, LLC and NUVEEN SERVICES, LLC,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES Plaintiff Brenden Zeni, by and through undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and hereby stipulates to the dismissal of all claims against Defendants Teachers Insurance and Annuity of America, Nuveen, LLC, and Nuveen Services, LLC in the above-captioned action with prejudice.

This the 30th of January, 2025.

/s/ Alec S. Jalovec
Alec S. Jalovec
David G. Redding
ajalovec@tlg-law.com
dredding@tlg-law.com
*Attorneys for the Plaintiff*

/s/ Carl Short
Carl Short
Andrew Burnside
Carl.short@ogletree.com
Drew.burnside@ogletree.com
*Attorneys for the Defendants*